```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 21576
    ELLIOT MELECIO
                                                CHAPTER 13

                                                JUDGE: SUSAN PIERSON SONDERBY
            Debtor
    SSN XXX-XX-3677


--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 06/04/2004 and was confirmed 07/29/2004.

      The plan was confirmed to pay secured creditors 100% and unsecured
 creditors an estimated  80.73% from remaining funds.

      The case was converted to chapter 7 after confirmation 08/03/2007.
--------------------------------------------------------------------------------
 CREDITOR NAME               CLASS         CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                           PAID           PAID
--------------------------------------------------------------------------------
 CAPITAL ONE BANK          UNSECURED OTH   1165.17              .00         940.67
 CHECK N GO                UNSECURED       1103.61              .00         890.93
 CITY OF CHICAGO PARKING   UNSECURED        780.00              .00         629.69
 CITY OF CHICAGO PARKING   NOTICE ONLY    NOT FILED             .00            .00
 LINEBARGER GOGGAN BLAIR   NOTICE ONLY    NOT FILED             .00            .00
 COLLECTION COMPANY OF AM  UNSECURED      NOT FILED             .00            .00
 AT & T WIRELESS           UNSECURED        521.77              .00         421.22
 FIRST REVENUE ASSURANCE   NOTICE ONLY    NOT FILED             .00            .00
 CONTINENTAL FURNITURE     UNSECURED       4611.50              .00        1974.18
 CONTINENTAL FURNITURE     UNSECURED        884.26              .00         378.55
 HOUSEHOLD BANK            UNSECURED      NOT FILED             .00            .00
 MIDLAND CREDIT MANAGEMEN  UNSECURED      NOT FILED             .00            .00
 JEFFERSON CAPITAL SYSTEM  UNSECURED       1095.41              .00         884.31
 AT & T BANKRUPCTY         UNSECURED      NOT FILED             .00            .00
 UIC DEPT OF PSYCHIATRY    UNSECURED      NOT FILED             .00            .00
 UNITED RESOURCE SYSTEMS   UNSECURED      NOT FILED             .00            .00
 FAIRLANE CREDIT LLC       SECURED         5036.99           340.69        5036.99
 FAIRLANE CREDIT LLC       UNSECURED      NOT FILED             .00            .00
 POLO TOWERS               SECURED NOT I  NOT FILED             .00            .00
 LEDFORD & WU              DEBTOR ATTY     2,594.00                        2,594.00
 TOM VAUGHN                TRUSTEE                                           740.37
 DEBTOR REFUND             REFUND                                              .00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
 TRUSTEE                 14,831.60

 PRIORITY                                              .00
 SECURED                                          5,036.99
      INTEREST                                      340.69

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 21576 ELLIOT MELECIO
```

```
UNSECURED                                             6,119.55
ADMINISTRATIVE                                        2,594.00
TRUSTEE COMPENSATION                                    740.37
DEBTOR REFUND                                              .00
                                 ----------------  ----------------
TOTALS                                 14,831.60         14,831.60
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                /s/ Tom Vaughn
    Dated: 11/28/07             _____
                                TOM VAUGHN
                                CHAPTER 13 TRUSTEE